Darren Donnelly (SBN 194335)
ddonnelly@polsinelli.com
POLSINELLI
Three Embarcadero Center #2400
San Francisco, CA 94111
Telephone:   (415) 248-2100
Facsimile:   (415) 248-2101

*Attorneys for NSV Group FZCO*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

NSV Group FZCO,

                    Plaintiff,

    v.

BD Innovation Collective, Inc.

                    Defendant.

Case No.: **'26CV2426 GPC MMP**

**COMPLAINT FOR PATENT INFRINGEMENT**

**JURY TRIAL DEMANDED**

## COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff NSV Group FZCO ("**NSV**") hereby alleges the following for its complaint against Defendant BD Innovation Collective, Inc. ("**BD Innovation**" or "**Defendant**"), d/b/a Snap Shades:

## NATURE OF THE ACTION

1.    This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 101, *et seq*., to obtain damages, injunctive remedies, and any other appropriate relief resulting from BD Innovation's unauthorized making, using, selling, offering for sale, and importing in or into the United States products that infringe NSV's patented innovations.

2.    NSV is the owner of all right, title, and interest in and to U.S. Patent No. 8,365,799 ("**the '799 Patent**") (attached as **Exhibit 1**) including the rights to

-1-

110468363.7

sue and recover for infringements. As set forth herein, BD Innovation has and continues to infringe the '799 Patent.

3.     BD Innovation, directly and through subsidiaries or intermediaries including distributors, retailers, and others, manufactures, provides, uses, sells, offers for sale, imports, and/or distributes infringing products and services, and encourages others to use its products and services in an infringing manner.

4.     NSV seeks all appropriate remedies, including past and future damages and prejudgment and post-judgment interest, and injunctive relief for BD Innovation's infringement of the '799 Patent.

## **PARTIES**

5.     NSV Group FZCO is a Dubai Free Zone Company with its Head Office at P.O. Box 211707 JAFZA One, Tower B, Office No. 2011 Jebel Ali Free Zone Dubai, United Arab Emirates.

6.     NSV was originally founded in Australia in 1990, and has grown into one of the most innovative and successful global automotive accessory developers in the world.

7.     NSV develops and markets products for sale in the United States through NSV International Corp., which has a principal place of business at 2685 Temple Ave., Signal Hill, California, 90755 United States of America.

8.     NSV develops and markets "laser shades" which are vehicle window shades designed to provide sun protection, privacy, and improved comfort, including shades configured to attach securely to vehicle window frames while maintaining usability of the window.

9.     The NSV laser shades are custom made using 3D scan data or CAD directly from the manufacturers, and are held in place using powerful Neodymium magnets. Below are pictures taken from the NSV website, showing laser shades installed in car windows.

-2-

110468363.7

  

Available at: https://www.nsvauto.com/copy-of-led-lighting

10. BD Innovation Collective, Inc., is a California corporation with its principle address at 4014 1st Ave, Building 26, Suite 406, Brooklyn, NY 11232.

11. On information and belief, BD Innovation is responsible for the design, manufacture, importation, and sale of Snap Shades, which are car window sun shades marketed and sold throughout the United States, including California. *See, e.g.*, https://www.snapshades.us/ (last accessed April 16, 2026).

12. BD Innovation is and has been registered to do business in the State of California since at least 2019. BD Innovation may be served in California via its registered agent, Joanna Y Tsai located at 737 Pearl Street, 201C, La Jolla, CA 92037.

## **JURISDICTION AND VENUE**

13. This action arises under the patent laws of the United States, 35 U.S.C. §§ 101 *et seq.*

14. This Court has jurisdiction over the subject matter of this action under 28 U.S.C. §§ 1331 and 1338(a).

15. BD Innovation is a corporation formed and existing under the laws of the State of California.

16. BD Innovation operates the interactive website <snapshades.us> which offers to sell, sells, and induces persons to use the Accused Instrumentalities in the United States. The <snapshades.us> website contains a "Privacy Policy California" specifically for "California Consumers" which "shows the categories of personal

-3-

110468363.7

information we have collected over the last twelve (12) month" which it "uses or discloses . . . for one or more of the following business purposes [¶] [p]erforming services, including maintaining or servicing accounts, providing customer service, processing or fulfilling orders and transactions . . . " https://www.snapshades.us/support/privacy-policy-california/ (*last visited* April 15, 2026).

17.   A reasonable opportunity for further investigation or discovery will show BD Innovation has offered to sell and sold the Accused Instrumentalities throughout the State of California and within this district.

18.   This court has personal jurisdiction over BD Innovation at least by virtue of it being a corporation formed and existing under the laws of the State of California.

19.   BD Innovation resides in the State of California at least because it is a corporation formed and existing under the laws of the State of California.

20.   BD Innovation has registered with the Secretary of State of the State of California an agent for service of process with address at 737 Perry Street, Unit 201-C, La Jolla, CA 92037, within this judicial district, and resides within this judicial district.

21.   Venue is proper in this judicial district under 28 U.S.C. §§ 1391 and 1400(b) at least because BD Innovation resides within this State and within judicial district.

**THE ASSERTED PATENT**

22.   On Feb. 5, 2013, U.S. Patent No. 8,365,799, titled "WINDOW COVERING CONFIGURED TO BE MAGNETICALLY ATTACHED TO A WINDOW FRAME OF A VEHICLE" was duly and legally issued by the United States Patent and Trademark Office. A true and correct copy of the '799 Patent is attached hereto as **Exhibit 1**.

23.   The '799 Patent claims patent-eligible subject matter and is valid and

-4-

110468363.7

enforceable.

24. The '799 Patent relates to a window covering for attachment to a window frame of a vehicle through use of magnets.

25. The '799 Patent, discloses a casing and panel forming a window covering, magnets configured to attach the window covering to a vehicle window frame, where the panel covers each of the magnets such that the panel is disposed between the magnets and the window frame when attached, and a structure that ensures the covering remains securely in place during operation of the vehicle through use of permanents magnets which exert sufficient pull force to retain the window covering relative to the vehicle frame during vehicle operation.

26. According to the '799 Patent, this configuration prevents the magnets from directly contacting the window frame, which may otherwise cause scratching or damage to the window frame. Additionally, covering the magnets with the panel border captures and retains each magnet to the window covering, preventing the magnets from becoming accidentally dislodged when the window covering is detached from the window frame. **Exhibit 1** (the '799 Patent) at 4:18-25.

27. NSV is the owner of the entire right, title, and interest of the '799 Patent including the right to sue for and collect past, present, and future damages and to seek and obtain injunctive or any other relief for infringement.

## **DEFENDANT'S INFRINGING PRODUCTS**

28. BD Innovation is responsible for the design, manufacture, importation, and sale of window coverings and sun shades attached to vehicle window frames with magnets, sold under the brand Snap Shades ("**Accused Instrumentalities**").

29. The Accused Instrumentalities and/or use thereof infringe at least claim 1 of the '799 Patent, as shown in **Exhibit 2** which is incorporated herein by reference. The allegations in **Exhibit 2** are illustrative and should not be construed as limiting.

30. BD Innovation is not licensed to the '799 Patent, either expressly or

-5-

110468363.7

implicitly, nor does BD Innovation enjoy the benefit from any rights in or to the '799 Patent.

31.    The Accused Instrumentalities are intended to be used in the windows of cars and other vehicles.



https://www.snapshades.us/product-information/ (last accessed April 16, 2026)

32.    The Accused Instrumentalities utilize integrated magnets to install the window covering and attach it to the window frame.



https://www.snapshades.us/product-information/ (last accessed April 16, 2026)

-6-

110468363.7

33. The Accused Instrumentalities remain securely in place during operation of the vehicle up to 70 km/hour with the windows partially down. https://www.snapshades.us/product-information/ (last accessed April 16, 2026).



## COUNT I

### (INFRINGEMENT OF THE '799 PATENT)

34. NSV realleges and incorporates by reference the allegations in the foregoing paragraphs.

35. The activities of Defendant in making, using, offering to sell, and/or selling in the United States and/or importing into the United States the Accused Instrumentalities constitutes direct infringement of at least claim 1 of the '799 Patent, in violation of 35 U.S.C. § 271(a).

36. Defendant has knowledge of its infringement of the '799 Patent and thus its infringement of the '799 Patent has been knowing and intentional, at least as of the date of receipt of the Complaint.

37. As a direct and proximate result of the infringement of the '799 Patent by Defendant, Plaintiff has been and continues to be damaged.

38. The infringement of the '799 Patent by Defendant has caused

-7-

110468363.7

irreparable injury to Plaintiff, for which there exists no adequate remedy at law, and will continue to cause irreparable injury to Plaintiff unless enjoined by this Court.

39. The infringement of the '799 Patent by Defendant is willful, deliberate, and/or in conscious disregard of Plaintiff's rights, making this an exceptional case within the meaning of 35 U.S.C. § 285 and entitling Plaintiff to an award of its attorney's fees and treble damages under 35 U.S.C. § 284.

**PRAYER FOR RELIEF**

WHEREFORE, NSV respectfully requests the following relief:

a. A judgment that Defendant has directly infringed and continues to directly infringe, literally, and/or under the doctrine of equivalents, the '799 Patent;

b. A judgment that Defendant has willfully infringed the '799 Patent;

c. An injunction barring Defendant and its offers, directors, agents, employees, affiliates, attorneys, and all others active in privity or in concert with them from further acts of infringement of the '799 Patent; alternatively, a judicial decree that Defendant pay an ongoing royalty in an amount to be determined for continued infringement after the date of judgment;

d. A judgment and order requiring Defendant to pay Plaintiff damages under 35 U.S.C. § 284, including supplemental damages for any continuing post-verdict infringement through entry of the final judgment with an accounting as needed;

e. A judgment that this is an exceptional case within the meaning of 35 U.S.C. § 285 and that Plaintiff is therefore entitled to reasonable attorneys' fees, and an award to Plaintiff of all such reasonable attorneys' fees;

f. A judgment and order requiring Defendant to pay Plaintiff pre-judgment and post-judgment interest on any awarded damages;

g. A judgment and order awarding Plaintiff its costs associated with bringing this action;

-8-

110468363.7

h.  Any further relief as the Court deems just and equitable.

## **JURY TRIAL DEMANDED**

Pursuant to Federal Rule of Civil Procedure 38, Plaintiff demands a trial by jury on all issues so triable.

-9-

COMPLAINT FOR PATENT INFRINGEMENT

Case No.

110468363.7

Dated: April 16, 2026

Respectfully submitted,

**Polsinelli LLP**

By:   */s/ Darren E. Donnelly*
Darren E. Donnelly (SBN 194335)
ddonnelly@polsinelli.com
Three Embarcadero Center, Suite 2400
San Francisco, CA  94111
Telephone:     (415) 248-2100
Facsimile:     (415) 248-2101
*Attorneys for NSV Group FZCO*

OF COUNSEL:

John R. Posthumus *(Pro Hac Vice Forthcoming)*
POLSINELLI PC
1401 Lawrence Street, Suite 2300
Denver, CO 80202
Tel: (303) 572-9300
Email: jposthumus@polsinelli.com

Shawn P. Gannon *(Pro Hac Vice Forthcoming)*
POLSINELLI PC
1201 W. Peachtree St. NW, Suite 1100
Atlanta, GA 30309
Tel: (404) 253-6000
Email: sgannon@polsinelli.com

-10-

COMPLAINT FOR PATENT INFRINGEMENT
Case No.

110468363.7